UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LIZSANDRA GULLON o/b/o
N.A.P.P.

v.  CA 11-99 ML

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on November 30, 2011. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. The Commissioner's Motion for an Order Affirming the Decision of the Commissioner (Doc. #9) is hereby GRANTED. The Plaintiff's Motion to Reverse (Doc. #8) is hereby DENIED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
December 22, 2011